# Exhibit B



**CT Corporation**
**Service of Process Notification**
02/29/2024
CT Log Number 545869111

## Service of Process Transmittal Summary

**TO:**   Christina Eliason, Legal Associate
BJ'S WHOLESALE CLUB, INC.
350 CAMPUS DR
MARLBOROUGH, MA 01752-3082

**RE:**   **Process Served in Maine**

**FOR:**   BJ's Wholesale Club Holdings, Inc.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: PAMELA SHEPARD // To: BJ's Wholesale Club Holdings, Inc. |
| **DOCUMENT(S) SERVED:** | Summons, Attachment, Complaint |
| **COURT/AGENCY:** | Androscoggin County Superior Court, ME<br>Case # ANDSCCIV202400031 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 12/29/2021 |
| **PROCESS SERVED ON:** | C T Corporation System, Augusta, ME |
| **DATE/METHOD OF SERVICE:** | By Process Server on 02/29/2024 at 10:48 |
| **JURISDICTION SERVED:** | Maine |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days from the day this summons was served |
| **ATTORNEY(S)/SENDER(S):** | Peter Clifford<br>Clifford & Clifford, LLC<br>10 Moulton Street<br>5th Floor<br>Portland, ME 04101<br>207-613-9465 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/29/2024, Expected Purge Date: 03/05/2024<br><br>Image SOP<br><br>Email Notification,  Service of Process  legalnotices@bjs.com<br><br>Email Notification,  Christina Eliason  celiason@bjs.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>100 Second Avenue<br>Augusta, ME 04330<br>866-401-8252<br>LargeCorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other



**CT Corporation**
**Service of Process Notification**
02/29/2024
CT Log Number 545869111

information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                                   Thu, Feb 29, 2024
**Server Name:**                Drop Service

| | |
|---|---|
| Entity Served | BJ'S WHOLESALE CLUB HOLDINGS, INC. |
| Case Number | ANDSCCIV202400031 |
| Jurisdiction | ME |

| Inserts | | |
|---|---|---|
| | | |



CONTAINS NONPUBLIC DIGITAL INFORMATION

**MAINE JUDICIAL BRANCH**

PAMELA SHEPARD _____ Plaintiff

V.

BJ'S WHOLESALE CLUB HOLDINGS, INC. Defendant
CT CORPORATION SYSTEM, CLERK Address
3 CHASE AVENUE, AUGUSTA, ME 04330

*"X" the court for filing:*
[X] Superior Court  [ ] District Court
County: __ANDROSCOGGIN__
Location (Town): __AUBURN__
Docket No.ANDSC-CIV-2024-00031

**SUMMONS**
M. R. Civ. P. 4(d)

The Plaintiff has begun a lawsuit against you in the [ ] District [x] Superior Court, which holds sessions at *(street address)* _____2 Turner Street_____, in the Town/City of _____Auburn_____, County of _____Androscoggin_____, Maine. If you wish to oppose this lawsuit, you or your attorney **MUST PREPARE AND SERVE A WRITTEN ANSWER** to the attached Complaint **WITHIN 20 DAYS** from the day this Summons was served upon you. You or your attorney must serve your Answer by delivering a copy of it in person, by mail, or by email to the Plaintiff's attorney, whose name and address, including email address appear below, or by delivering a copy of it in person or by mail to the Plaintiff, if the Plaintiff's name and address appear below. You or your attorney must also file the original of your Answer with the court by mailing it to: Clerk of [ ] District [x] Superior Court,
_____205 Newbury St; Gr Fl_____, _____Auburn_____, Maine ____04210____
           *(Mailing Address)*                    *(Town, City)*                    *(Zip)*
before, or within a reasonable time after, it is served. Court rules governing the preparation and service of Answers are found at www.courts.maine.gov.

---

**IMPORTANT WARNING**: If you fail to serve an answer within the time stated above, or if, after you answer, you fail to appear at any time the Court notifies you to do so, a judgment by default may be entered against you in your absence for the money damages or other relief demanded in the Complaint. If this occurs, your employer may be ordered to pay part of your wages to the Plaintiff or your personal property, including bank accounts and your real estate may be taken to satisfy the judgment. **If you intend to oppose this lawsuit, do not fail to answer within the requested time.**

---

If you believe the plaintiff is not entitled to all or part of the claim set forth in the Complaint or if you believe you have a claim of your own against the Plaintiff, you should talk to a lawyer. If you feel you cannot afford to pay a fee to a lawyer, you may ask the clerk of court for information as to places where you may seek legal assistance.

Date *(mm/dd/yyyy)*February 23, 2024
Peter Clifford, Esq.  Bar #7300
10 Moulton Street; 5th Floor
Portland, ME    04101
(207) 613-9465
peter@cliffordclifford.com

([ ] Attorney for) Plaintiff
Bar # (if applicable)
Address

Telephone/Email

(Seal of Court)

*Shelly Sawyer*
► _____
                    Clerk

---

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

Harry McKenney
Chief Civil Deputy
Kennebec County
Sheriff's Office

FEB 2 9 2024

COPY

CONTAINS NONPUBLIC DIGITAL INFORMATION

**MAINE JUDICIAL BRANCH**

STATE OF MAINE

_____ County

On (*date*) _____, I served the Complaint (and Summons, and <u>Notice Regarding Electronic</u> <u>Service</u>) upon Defendant _____ by delivering a copy of the same at the following address:

_____

☐ to the above-named Defendant in hand.

☐ to (*name*) _____, a person of suitable age and discretion who was then residing at Defendant's usual residence.

☐ to (*name*) _____, who is authorized to receive service for Defendant.

☐ by (*describe other manner of service*): _____

_____

_____

Date (*mm/dd/yyyy*): _____       ▶    _____

Deputy Sheriff Signature

_____

Printed Name

_____

Agency

**Costs of Service:**

| | |
|---|---|
| Service: | $ _____ |
| Travel: | $ _____ |
| Postage: | $ _____ |
| Other: | $ _____ |
| **Total** | $ _____ |

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CV-030, Rev. 07/18                     Page 2 of 2                     www.courts.maine.gov
Summons



STATE OF MAINE                                          SUPERIOR COURT
ANDROSCOGGIN, ss.                                       CIVIL ACTION
                                                        DOCKET NO. _____

PAMELA SHEPARD,                  )
                                 )
            Plaintiff            )
                                 )
v.                               )         COMPLAINT
                                 )
BJ'S WHOLESALE CLUB              )
HOLDINGS, INC.,                  )
                                 )
and                              )
                                 )
COLE BJ PORTFOLIO II,            )
LLC,                             )
                                 )
            Defendants           )

　　　　NOW COMES the Plaintiff, Pamela Shepard, by and through counsel, Clifford &

Clifford, LLC, and complains against Defendants BJ's Wholesale Club Holdings, Inc. and Cole

BJ Portfolio II, LLC as follows:

　　　　1.　　　At all material times, Plaintiff Pamela Shepard, is an individual who resides in

Lewiston, Androscoggin County, Maine.

　　　　2.　　　At all material times, Defendant BJ's Wholesale Club Holdings, Inc., is a foreign

business corporation authorized to do business in the State of Maine, and does business at 110

Mt. Auburn Avenue, Auburn, Androscoggin County, Maine, in which the BJ's Wholesale Club

is located.

　　　　3.　　　At all material times, Defendant Cole BJ Portfolio II, LLC is a foreign limited

liability company authorized to do business in the State of Maine, and owns and controls the

property and building where the BJ's Wholesale Club Holdings, Inc. is located in Auburn, Androscoggin County, Maine.

4.     On December 29, 2021, Plaintiff was a lawful invitee at Defendants' property and located at 110 Mt. Auburn Avenue, Auburn, Maine.

5.     At all material times, Defendant Cole BJ Portfolio II, LLC owned the real estate and building located at 110 Mt. Auburn Avenue, Auburn, Maine.

6.     At all material times, Defendant BJ's Wholesale Club Holdings, Inc. occupied and/or rented, operated, managed, controlled and maintained the store and the premises at 110 Mt. Auburn Avenue, Auburn, Maine.

7.     At all material times, Plaintiff was in the exercise of due care.

8.     On December 29, 2021, Defendants breached their duty of care by failing to provide a reasonably safe premises.

## COUNT I: LANDOWNER/OCCUPIER LIABILITY

9.     Plaintiff repeats and realleges the allegations in her Complaint, as if fully set forth herein.

10.     On December 29, 2021, Plaintiff suffered damages, including serious injuries, as a result of a fall at the premises owned, operated, maintained and controlled by Defendants, located at 110 Mt. Auburn Avenue, Auburn, Maine.

11.     The premises were unreasonably dangerous.

12.     As a direct and proximate cause of Defendants' negligence, Plaintiff suffered damages.

WHEREFORE, Plaintiff demands judgment against the Defendants, together with damages, in an amount which is reasonable and just, together with interest and costs.

## COUNT II: NEGLIGENCE

13.     Plaintiff repeats and realleges the allegations in her Complaint, as if fully set forth

herein.

14.     On December 29, 2021, Plaintiff suffered damages, including serious injuries, as

a result of Defendants' negligence.

15.     As a direct and proximate cause of Defendants' negligence, Plaintiff suffered

damages.

WHEREFORE, Plaintiff demands judgment against the Defendants, together with

damages, in an amount which is reasonable and just, together with interest and costs.

Dated:

Peter Clifford, Esq., Bar No.  7300
Clifford & Clifford, LLC
10 Moulton Street; 5th Floor
Portland, ME   04101
(207) 613-9465
peter@cliffordclifford.com

3